**Fill in this information to identify the case:**

Debtor 1  Patricia M Vopicka

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the Northern District of Illinois
                                                                (State)

Case number   23-10887

# Official Form 410S2
## Notice of Postpetition Mortgage Fees, Expenses, and Charges    12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

| | |
|---|---|
| **Name of creditor:** U.S. Bank National Association, as Indenture Trustee on behalf of and with respect to Ajax Mortgage Loan Trust 2021-F, Mortgage-Backed Securities, Series 2021-F | **Court claim no.** (if known):   15 |

**Last 4 digits** of any number you use to identify the debtor's account:   1-669

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

■ No
☐ Yes. Date of the last notice: _____

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late Charges | | (1) $ | |
| 2. | Non-sufficient funds (NSF) fees | | (2) $ | |
| 3. | Attorney fees | Plan Review 9/12/23 | (3) $ | 650.00 |
| 4. | Filing fees and court costs | | (4) $ | |
| 5. | Bankruptcy/Proof of claim fees | Proof of Claim 10/31/23 | (5) $ | 700.00 |
| 6. | Appraisal/Broker's price opinion fees | | (6) $ | |
| 7. | Property inspection fees | | (7) $ | |
| 8. | Tax advances (non-escrow) | | (8) $ | |
| 9. | Insurance advances (non-escrow) | | (9) $ | |
| 10. | Property preservation expenses. Specify:____ | | (10) $ | |
| 11. | Other. Specify: | | (11) $ | |
| 12. | Other. Specify: | | (12) $ | |
| 13. | Other. Specify: | | (13) $ | |
| 14. | Other. Specify: | | (14) $ | |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1   Patricia M Vopicka                                    Case Number (if known)  23-10887
           First Name   Middle Name            Last Name

## Part 2.  Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X   /s/ Josephine J. Miceli                                Date    01/12/2024
    Signature

Print     Josephine J. Miceli                              Title   Attorney for Creditor
          First Name   Middle Name    Last Name

Company   Johnson, Blumberg & Associates, LLC

Address   30 N. LaSalle St., Suite 3650
          Number              Street

          Chicago, IL 60602
          City              State      ZIP Code

Contact Phone   312-541-9710                               Email   jo@johnsonblumberg.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| In the Bankruptcy Matter of:<br><br>Patricia M Vopicka<br><br>Debtor | Bankruptcy No. 23-10887<br>Judge Deborah L. Thorne<br>Chapter: 13 |

### CERTIFICATE OF SERVICE

TO:  Patricia M Vopicka, 9419 S. Homan Ave., Evergreen Park, IL 60805
Marilyn O Marshall, 224 South Michigan Ste 800, Chicago, IL 60604
David M Siegel, David M. Siegel & Associates, 790 Chaddick Drive, Wheeling, IL 60090
Patrick S Layng, Office of the U.S. Trustee, Region 11, 219 S Dearborn St, Room 873, Chicago, IL 60604

I, Josephine J. Miceli an attorney, certify that I served the attached Notice of Postpetition Mortgage Fees, Expenses, and Charges by mailing a copy to the Debtor named above at the addresses listed above and by depositing the same in the U.S. Mail, first class, postage prepaid at 30 N. LaSalle St., Chicago, IL 60602 on January 12, 2024.  The remaining parties were served by the CM/ECF electronic noticing system.

/s/ Josephine J. Miceli
Josephine J. Miceli, IL ARDC 6243494

Josephine J. Miceli
Johnson, Blumberg & Associates, LLC
30 N. LaSalle St., Suite 3650
Chicago, Illinois 60602
Ph. 312-541-9710
Fax 312-541-9711

**NOTICE:**
THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE